AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

JOHN SPISAK,

                Plaintiff,                **JUDGMENT IN A CIVIL CASE**

   V.

                                     CASE NUMBER: **3:08-cv-00455-BES VPC**

C/O GUERRERO, et al.,

                Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the action is DISMISSED without prejudice for Plaintiff's commencement of a <u>new</u> action in which he either pays the $350.00 filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms.

   August 26, 2008                              **LANCE S. WILSON**
                                                   Clerk

                                          /s/ Kalani Lizares
                                          Deputy Clerk